LOCAL BANKRUPTCY FORM 2016-4

STATEMENT OF PRO SE DEBTOR(S)

Debtor's Name  Enrtan Odwaiko                          Case No. _____

Address  3929 Woodworth Rd                             Chapter of Case _____

Telephone Number (home)  302 898 5197                  Date Case Filed _____

Telephone Number (work)  610-872-5565                  Date this Form Submitted _____

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   Jeri Ramsey
   Tel 732-419-2453

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   Cousin

3.  a. Total fee charged by person or business named above $ N/A

    b. Amount of fee paid as of the date you filed bankruptcy $ N/A

    c. Did the preparer tell you the amount of court costs that must be paid to file your case?
       (YES)    NO    (circle one)

4. Were various chapters or types of bankruptcy explained to you?
   (YES)    NO    (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
   YES    (NO)    (circle one)

6. Did the preparer give you a copy of the papers he prepared for you?
   (YES)    NO    (circle one)

   _____
   Signature of Debtor(s)