B 6C (Official Form 6C) (04/10)

In re __ODUNAIKE, E_____,     Case No. _____
           Debtor                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*    $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Pimary Residence Location: 3929 Woodworth | | 78,000.00 | |
| Cash on hand | | 60.00 | 60.00 |
| Checking / Saving | | 100.00 | 100.00 |
| Household, Misc. furnishing | | 1,500.00 | 1,500.00 |
| Misc. books, pictures | | 100.00 | 100.00 |
| Wearing Apparel | | 200.00 | 200.00 |
| Jewelry | | 320.00 | 320.00 |
| furniture/ inventory | | 3,500.00 | 3,500.00 |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*