In re: ENITAN ESTHER ODUNAIKE   Case No.

Chapter 7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *0010<br>WSFS BANK<br>500 DELAWARE AVENUE<br>WILMINGTON, DE | | I | Date Incurred:<br>Consideration for Claim: | | | | $14,879.40 |
| Account No 26011<br>AMSCAN INC.<br>P.O. BOX 71603<br>CHICAGO, IL 60694 | | | Date Incurred:<br>Consideration for Claim. | | | | $8,730.61 |
| Account No 116296<br>U.S. BALLOON<br>140 58th STREET<br>BROOKLYN, NY 11220 | | | Date Incurred:<br>Consideration for Claim: | | | | $2,540.59 |
| Account No 6401004<br>RECYCLED PAPER GREETINGS<br>3980 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | Date Incurred:<br>Consideration for Claim: | | | | $775.68 |
| Account No 63296<br>J.T. MURPHY COMPANY INC.<br>200 W FISHER AVENUE<br>PHILA, PA 19120. | | | Date Incurred:<br>Consideration for Claim: | | | | $533.71 |
| Account No 229<br>GERBRON WHOLESALE<br>P.O. BOX 463.<br>UNIONVILLE, PA 19375 | | | Date Incurred:<br>Consideration For Claim: | | | | $463.20 |
| Account No 103635-00<br>T.Y. INC.<br>P.O. BOX 93953<br>CHICAGO, IL 60673 | | | Date Incurred:<br>Consideration For Claim: | | | | $449.21 |
| Account No 15247<br>HOSPITALITY MINTS INC<br>P.O. DRAWER 3140 BOONE,<br>NORTH CAROLINA 28607 | | | Date Incurred<br>Consideration For Claim. | | | | $321.44 |

0 continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $14,879.40

Total ⇨ $787,358.24

re: **ENITAN ESTHER ODUNAIKE**                                      Case No.

                                                                    Chapter   7

Last four digits of Social Security No.:   5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT № 25721907<br>FUN EXPRESS INC.<br>P.O. BOX 790403<br>ST LOUIS, MO 63179 | | I | Date Incurred:<br>Consideration for Claim: | | | | $ 611.45 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

0   continuation sheet(s) attached

(Total of this page) Subtotal ⇒   $14,879.40

Total ⇒   $787,358.24

In re: **ENITAN ESTHER ODUNAIKE**  
Last four digits of Social Security No.: 5055  
Debtor

Case No.  
Chapter 7

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *4567<br>WACHOVIA<br>P.O. BOX 13765<br>CENTRAL BANKRUPTCY DEPT.<br>ROANOKE, VA 24037 | | I | Date Incurred:<br>Consideration for Claim: | | | | $7,617.83 |
| Account No: *2342<br>WACHOVIA BANK<br>P.O. BOX 13765<br>CENTRAL BANKRUPTCY DEPT.<br>ROANOKE, VA 24037 | | I | Date Incurred:<br>Consideration for Claim: | | | | $37,577.43 |
| Account No: *4194<br>WESTERN<br>875 BASSERT ROAD<br>WESTLAKE, OH 44145 | | | Date Incurred:<br>Consideration for Claim: | | | | $70.00 |
| Account No: *4795<br>WILTON ENTERPISES<br>2256 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | I | Date Incurred:<br>Consideration for Claim: | | | | $366.00 |
| Account No: *0284<br>WORLD POINTS<br>P.O. BOX 15019<br>BANKRUPTCY DEPT.<br>WILMINGTON, DE 19886 | | | Date Incurred:<br>Consideration for Claim: | | | | $10,671.17 |
| Account No: *2700<br>WORTHINGTON<br>P.O. BOX 532575<br>ATLANTA, GA 30353 | | | Date Incurred:<br>Consideration for Claim: | | | | $1,031.53 |
| Account No: *0010<br>WSFS BANK<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | | I | Date Incurred:<br>Consideration for Claim: | | | | $5,155.55 |

1  continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $62,489.51  
Total ⇨ N/A

In re: **ENITAN ESTHER ODUNAIKE**  Case No.

Chapter  7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *4-45<br>TREASUER OF DEAWARE COUNTY<br>P.O. BOX 1886<br>REAL ESTATE TAX BILL<br>MEDIA, PA 19063 | | | Date Incurred:<br>Consideration for Claim: | | | | $284.43 |
| Account No: *6450<br>TROPICAL SUN IMPORTS, LLC.<br>10035 FEDRERAL DRIVE<br>COLORADO SPRINGS, CO | | I | Date Incurred:<br>Consideration for Claim: | | | | $526.94 |
| Account No: *0008<br>TUTM ENTERTAINMENT<br>45 FERNWOOD AVE<br>EDISON, NJ 08837 | | I | Date Incurred:<br>Consideration for Claim: | | | | $200.48 |
| Account No: *3700<br>TWINKLE CANDY<br>P.O. BOX 382<br>WALNUT, CA 91788 | | I | Date Incurred:<br>Consideration for Claim: | | | | $472.06 |
| Account No: *6 RI<br>UNIQUE , INC.<br>P.O. BOX 8500-55317<br>PHILA, PA 19178 | | | Date Incurred:<br>Consideration for Claim: | | | | $889.23 |
| Account No: *4477<br>URIE BLANTON<br>P.O. BOX 12949<br>PHILADELPHIA, PA 19176 | | I | Date Incurred:<br>Consideration for Claim: | | | | $158.36 |
| Account No: *393Y<br>VERIZON<br>P.O. BOX 28000<br>LEHIGH, PA 18002 | | I | Date Incurred:<br>Consideration for Claim: | | | | $679.00 |

_2_  continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $3,210.50

Total ⇨ N/A

In re: **ENITAN ESTHER ODUNAIKE**      Case No.

Chapter 7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *9501<br>RUBIES COSTUME CO.<br>ONE RUBIE PLAZA<br>RICHMOND HILL, NY 11418 | | I | Date Incurred:<br>Consideration for Claim: | | | | $631.26 |
| Account No: *-139<br>SAUL EWING LLP.<br>P.O. BOX 1266<br>MICHAEL A. DENOTE<br>WILLMINGTON, DE 19899 | | I | Date Incurred:<br>Consideration for Claim: | | | | $2,382.40 |
| Account No: *7101<br>SEARS<br>P.O. BOX 6282<br>SIOUX FALLS, SD 57117 | | | Date Incurred:<br>Consideration for Claim: | | | | $19,745.33 |
| Account No: 6600<br>SKORR PRODUCTS, LLC<br>90 GEORGE STREET<br>PATERSON, NJ 07503 | | | Date Incurred:<br>Consideration for Claim: | | | | $505.83 |
| Account No: *AJJS<br>SOUTHWEST DELAWARE COUNTY UTILITY<br>P.O. BOX 2466<br>ASTON, PA 19014 | | I | Date Incurred:<br>Consideration for Claim: | | | | $318.91 |
| Account No: *7905<br>SUNSTAR INDUSTRIES INC.<br>360 W. 132ND STREET<br>LOS ANGLES, CA 90061 | | | Date Incurred:<br>Consideration for Claim: | | | | $484.00 |
| Account No: *7.83<br>THE BEISTLE COMPANY<br>P.O. BOX 64964<br>BALITIMORE, MD 21264 | | | Date Incurred:<br>Consideration for Claim: | | | | $797.00 |

3    continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $24,864.73

Total ⇨ N/A

In re: ENITAN ESTHER ODUNAIKE        Case No.

Chapter 7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *CITY<br>PEPBOYS<br>3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132 | | | Date Incurred:<br>Consideration for Claim: | | | | $35,000.00<br><br>Estimated |
| Account No: *2-IN<br>PINATA<br>P.O. BOX 18387<br>ANAHEIM HILLS, CA 92817 | | | Date Incurred:<br>Consideration for Claim: | | | | $243.00 |
| Account No: *6296<br>PIONEER PARTY GROUP<br>5000 E 29TH ST NORTH<br>WICHITA, KS 67220 | | | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |
| Account No: *4969<br>PITT OHIO<br>P.O. BOX 643271<br>PITTSBURGH, PA 15264 | | I | Date Incurred:<br>Consideration for Claim: | | | | $108.11 |
| Account No: *6871<br>RBS WORLD PAY<br>600 MORGAN FALLS<br>ATLANTA, GA 30350 | | I | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |
| Account No: *2JRS<br>ROBERT T. AULGUR, JR. ESQ.<br>651 N. BROAD STREET, SUITE 206<br>JP. MORGAN CHASE BANK<br>MIDDLETOWN, DE 19709 | | I | Date Incurred:<br>Consideration for Claim: | | | | $374,879.00 |
| Account No: *1344<br>ROYAL CONSUMER PRODUCTS<br>P.O. BOX 836200<br>PHILADELPHIA, PA 19182 | | I | Date Incurred:<br>Consideration for Claim: | | | | $366.00 |

4 continuation sheet(s) attached

(Total of this page) Subtotal ⇒ $410,596.11

Total ⇒ N/A

In re: **ENITAN ESTHER ODUNAIKE**  Case No.

Chapter 7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *2509<br>NEW PARADISE INC.<br>10420 RUSH STREE<br>SOUTH EL MONTE, CA 91733 | | | Date Incurred:<br>Consideration for Claim: | | | | $284.38 |
| Account No: *7319<br>NYGALA<br>698 ROUTE 46 WEST<br>TETERBORO, NJ 07608 | | I | Date Incurred:<br>Consideration for Claim: | | | | $1,371.87 |
| Account No: *9854<br>O'BRIEN AND O'BRIEN<br>257 EAST LANCASTER AVENUE<br>WYNNEWOOD, PA 19096 | | I | Date Incurred:<br>Consideration for Claim: | | | | $500.00 |
| Account No: *MERE<br>ODESSA NATIONAL GOLF COURSE LLC.<br>105 FOULK ROAD<br>WILMINGTON, DE 19803 | | I | Date Incurred:<br>Consideration for Claim: | | | | *For notice only |
| Account No: *9854<br>PARTY LAND INC.<br>5215 MILITIA HILL ROAD<br>PLYMOUTH MEETING, PA 19462 | | I | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |
| Account No: *1915<br>PARTY TIME MFG.<br>421 PARSONAGE STREET<br>HUGHESTOWN, PA 18640 | | | Date Incurred:<br>Consideration for Claim: | | | | $961.48 |
| Account No: *1508<br>PECO<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19101 | | I | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |

5 continuation sheet(s) attached

(Total of this page) Subtotal ⇒ $3,117.73

Total ⇒ N/A

In re: **ENITAN ESTHER ODUNAIKE**  Case No.

Chapter 7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *9015<br>MASTERPIECE<br>P.O. BOX 100<br>LUMBERTON, NJ 08048 | | | Date Incurred:<br>Consideration for Claim: | | | | $140.84 |
| Account No: *3291<br>MAYFLOWER<br>1155 MEDALLION DRIVE<br>MENDOT A HEIGHTS, MN 55120 | | | Date Incurred:<br>Consideration for Claim: | | | | $333.00 |
| Account No: *6209<br>MCCUSKER & OGBONE<br>3000 HEDLEY STREET<br>PHILADELPHIA, PA 19137 | | I | Date Incurred:<br>Consideration for Claim: | | | | $307.48 |
| Account No: *7951<br>MEDTECH WAISTBANDS<br>7380 SAND LAKE ROAD SUITE 500, 5TH<br>ORLANDO, FL 32819 | | | Date Incurred:<br>Consideration for Claim: | | | | $273.00 |
| Account No: *3766<br>MORRIS & ADELMAN, PC<br>1920 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 | | I | Date Incurred:<br>Consideration for Claim: | | | | $19,265.71 |
| Account No: *7.08<br>MUNICIE NOVELTY<br>9610 NORTH STATE ROAD<br>MUNCIE, IN 47308 | | I | Date Incurred:<br>Consideration for Claim: | | | | $547.05 |
| Account No: *1139<br>NEW CASLE COUNTY, DELEWARE SEWER<br>87 READS WAY<br>OFFICE OF FINANCE TREASURY<br>NEW CASTLE, DE 19720 | | I | Date Incurred:<br>Consideration for Claim: | | | | $102.26 |

6  continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $20,969.34

Total ⇨ N/A

Case 10-13471-bif    Doc 9-2    Filed 04/29/10    Entered 04/29/10 15:03:30    Desc
Schedule F    Page 9 of 15

In re: **ENITAN ESTHER ODUNAIKE**          Case No.

                                                                                                          Chapter    7

Last four digits of Social Security No.:    5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *#136<br>J.P. EXPRESS<br>377 CARLL'S PATH<br>DEER PARK, NY 11729 | | J | Date Incurred:<br>Consideration for Claim: | | | | $214.84 |
| Account No:<br>JOHNETTA RICKETTS<br>1222 ELSON ROAD<br>BROOKHAVEN, PA 19015 | | J | Date Incurred:<br>Consideration for Claim: | | | | $1,050.00 |
| Account No: *4230<br>KALAN LP<br>P.O. BOX 1029<br>LANSDOWNE, PA 19050 | | | Date Incurred:<br>Consideration for Claim: | | | | $1,038.29 |
| Account No: *4001<br>KEYSTONE AUTOMOTIVE, INC.<br>700 E. BONITA AVENUE<br>POMONA, CA 91767 | | | Date Incurred:<br>Consideration for Claim: | | | | $120.00 |
| Account No: *AIKE<br>LAW OFFICE JAMES R. FLICK<br>117 NORTH MONROE<br>MEDIA, PA 19063 | | | Date Incurred:<br>Consideration for Claim: | | | | $266.00 |
| Account No: *7640<br>LAW OFFICE OF KENNETH J. FREED<br>6611 VALJEAN AVE # 109<br>VAN NUYS, CA 91406 | | | Date Incurred:<br>Consideration for Claim: | | | | $472.06 |
| Account No: *9774<br>MARDI GRAS ZONE<br>2706 ROYAL STREET<br>NEW ORLEANS, LA 70117 | | J | Date Incurred:<br>Consideration for Claim: | | | | $2,658.99 |

                                                                  (Total of this page)   Subtotal ⇨    **$5,820.18**

**7**    continuation sheet(s) attached                                                          Total ⇨    **N/A**

In re: **ENITAN ESTHER ODUNAIKE**  Case No.

Chapter 7

Last four digits of Social Security No.:  5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *3088<br>FIA CARD SERVICE<br>4060 OGLETOWN<br>NEWARK, DE 19713 | | | Date Incurred:<br>Consideration for Claim: | | | | $11,902.00 |
| Account No: *5853<br>GALLEN PAPER COMPANY<br>1910 S. COLUMBUS BLD.<br>PHILADELPHIA, PA 19148 | | | Date Incurred:<br>Consideration for Claim: | | | | $276.00 |
| Account No: *6415<br>GENERAL GIFTS<br>1641 W. COLLINS AVE<br>ORANGE, CA 92867 | | | Date Incurred:<br>Consideration for Claim: | | | | $64.80 |
| Account No: *2587<br>HALLMARK MARKING CORPORATION<br>P.O. BOX 419535<br>KANAS CITY, MD 64141 | | | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |
| Account No: *0806<br>HOLLYWOOD RIBBON<br>3400 E. MEDFORD STREET<br>LOS ANGELAS, CA 90063 | | | Date Incurred:<br>Consideration for Claim: | | | | $530.94 |
| Account No: *4934<br>HSBC RETAIL SERVICES<br>P.O. BOX 17602<br>BALTIMORE, MD 21297 | | | Date Incurred:<br>Consideration for Claim: | | | | $3,788.60 |
| Account No: *7855<br>IDEARC MEDIA<br>P.O. BOX 619810<br>D/FW AIRPORT, TX 75261 | | | Date Incurred:<br>Consideration for Claim: | | | | $716.00 |

8  continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $17,278.34

Total ⇨ N/A

In re: **ENITAN ESTHER ODUNAIKE**        Case No.

                                                                                                    Chapter 7

Last four digits of Social Security No.:    5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *-001<br>DELLS FINANCIAL SERVICES<br>P.O. BOX 81577<br>AUSTIN, TX 78705 | | | Date Incurred:<br>Consideration for Claim: | | | | $696.20 |
| Account No: *9992<br>DEMARVA POWER<br>P.O. BOX 1700<br>WILMINGTON, DE 19886 | | J | Date Incurred:<br>Consideration for Claim: | | | | $43.60 |
| Account No: 5584<br>DISCOVER<br>P.O. BOX 3008<br>BANKRUPTCY DEPT.<br>NEW ALBANY, OH 43054 | | | Date Incurred:<br>Consideration for Claim: | | | | $17,073.60 |
| Account No: *0863<br>DM MERCHANDISING, INC.<br>835 N. CHURCH COURT<br>ELMHUST, IL 60126 | | J | Date Incurred:<br>Consideration for Claim: | | | | $330.92 |
| Account No: 7171<br>E.R.S. INC.<br>5 EAST FORESTVIEW ROAD<br>BROOKHAVEN, PA 19015 | | | Date Incurred:<br>Consideration for Claim: | | | | $358.28 |
| Account No: *4552<br>ENGORE RECEIVABLE MANAGENTMENT<br>P.O. BOX 3330<br>OLATHE, KS 66063 | | | Date Incurred:<br>Consideration for Claim: | | | | $12,475.92 |
| Account No: *0284<br>FIA CARD<br>4060 OGLETOWN- STANTON ROAD<br>NEWARK, DE 19713 | | | Date Incurred:<br>Consideration for Claim: | | | | $10,523.00 |

9    continuation sheet(s) attached

(Total of this page) Subtotal ⇨ **$41,501.52**
Total ⇨ N/A

In re: **ENITAN ESTHER ODUNAIKE**　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　7

Last four digits of Social Security No.:　5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *65-5<br>CITIZENS BANK<br>5001 EDGMONT AVENUE<br>BROOKHAVEN, PA 19015 | | J | Date Incurred:<br>Consideration for Claim: | | | | $0.00 |
| Account No: 3928<br>COMMUNICATIONS ONE LTD.<br>P.O. BOX 9539<br>WILMINGTON, DE 19809 | | | Date Incurred:<br>Consideration for Claim: | | | | $127.20 |
| Account No: *5370<br>CREATIVE CONVERTING<br>255 SPRING STREET<br>CLINTONVILLE, WI 54928 | | | Date Incurred:<br>Consideration for Claim: | | | | $1,153.08 |
| Account No: *2199<br>DELL FINANAL SERVICES<br>P.O. BOX 81577<br>AUSTIN, TX 78708 | | | Date Incurred:<br>Consideration for Claim: | | | | $8,087.36 |
| Account No: *-003<br>DELL FINANCIAL SERVICE<br>P.O. BOX 81577<br>AUSTIN, TX 78705 | | J | Date Incurred:<br>Consideration for Claim: | | | | $445.20 |
| Account No: *5641<br>DELL FINANCIAL SERVICES<br>P.O. BOX 81577<br>BANKRUPTCY<br>AUSTIN, TX 78705 | | J | Date Incurred:<br>Consideration for Claim: | | | | $420.00 |
| Account No: *-002<br>DELL FINANCIAL SERVICES<br>P.O. BOX 81577<br>AUSTIN, TX 78705 | | | Date Incurred:<br>Consideration for Claim: | | | | $650.00 |

10　continuation sheet(s) attached

(Total of this page) Subtotal ⇒ $10,882.84

Total ⇒ N/A

In re: **ENITAN ESTHER ODUNAIKE**  
                                 Debtor

Last four digits of Social Security No.:   5055

Case No.  
Chapter   7

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *4623<br>CHASE<br>P.O. BOX 183051<br>COLUMBUS, OH 43218 | | I | Date Incurred:<br>Consideration for Claim: | | | | $12,645.05 |
| Account No: *5900<br>CINDUS CORPORATION<br>515 STATION AVENUE<br>CINCINNATI, OH 45215 | | | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |
| Account No: *5786<br>CITI CARDS<br>P.O. BOX 183051<br>COLUMBUS, OH 43218 | | I | Date Incurred:<br>Consideration for Claim: | | | | $15,298.16 |
| Account No: *4623<br>CITI MASTER CARD<br>P.O. BOX 660370<br>DALLAS, TX 75266-0370 | | | Date Incurred:<br>Consideration for Claim: | | | | $13,873.62 |
| Account No: *2276<br>CITIBANK<br>P.O. BOX 769006<br>SAN ANTONIO, TX 78245 | | I | Date Incurred:<br>Consideration for Claim: | | | | $5,900.00 |
| Account No: 8379<br>CITIBANK<br>P.O.BOX 769006<br>SAN ANTONIO, TX 78245 | | | Date Incurred:<br>Consideration for Claim: | | | | $5,900.00 |
| Account No: *5377<br>CITIZENS BANK<br>2 EAST BALTIMORE AVE<br>LISA CAREYKESR ( OPERATIONS DEPT.)<br>MEDIA, PA 19063 | | | Date Incurred:<br>Consideration for Claim: | | | | *For notice only |

11   continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $53,616.83  
Total ⇨ N/A

In re: **ENITAN ESTHER ODUNAIKE**  Case No.

Chapter 7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: *6631<br>BANNERZ INC<br>8616 PAGEWOOD<br>HOUSTON, TX  77063 | | | Date Incurred:<br>Consideration for Claim: | | | | $303.39 |
| Account No: *5371<br>BLUE MOUNTAIN ARTS, INC.<br>P.O. BOX 4549<br>BOULDER, CO  80306 | | I | Date Incurred:<br>Consideration for Claim: | | | | $620.23 |
| Account No: *3344<br>CAPITAL ONE<br>P.O. BOX  30281<br>SALT LAKE CITY, UT  84130-0281 | | I | Date Incurred:<br>Consideration for Claim: | | | | $2,080.00 |
| Account No: *0474<br>CHASE<br>P.O.BOX 15153<br>WILMINGTON, DE  19886 | | | Date Incurred:<br>Consideration for Claim: | | | | $14,506.19 |
| Account No: *0681<br>CHASE<br>P.O. BOX 15153<br>WILMINGTON, DE  19886 | | | Date Incurred:<br>Consideration for Claim: | | | | $27,454.34 |
| Account No: *7896<br>CHASE<br>P.O. BOX 15153<br>WILMINGTON, DE  19886 | | | Date Incurred:<br>Consideration for Claim: | | | | $4,179.36 |
| Account No: *8074<br>CHASE<br>P.O. BOX 15153<br>WILMINGTON, DE  19886 | | I | Date Incurred:<br>Consideration for Claim: | | | | $14,196.41 |

12   continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $63,339.92

Total ⇨ N/A

In re: **ENITAN ESTHER ODUNAIKE**                                     Case No.

                                                                      Chapter   7

Last four digits of Social Security No.: 5055

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m) Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions, above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| Account No: 0332<br>ADVANTA BANK CORP.<br>P.O. BOX 8088<br>PHIADELPHIA, PA 19101 | | I | Date Incurred:<br>Consideration for Claim: | | | | $19,495.09 |
| Account No: 8860<br>AMERICAN GREETINGS<br>ONE AMERICAN ROAD<br>CLEELAND, OH 44144 | | | Date Incurred:<br>Consideration for Claim: | | | | $689.82 |
| Account No: 7342<br>AMERICAN SIGN CO., INC<br>98 QUIGLEY BOULEVARD<br>NEW CASLE, DE 19720 | | I | Date Incurred:<br>Consideration for Claim: | | | | $224.00 |
| Account No: *3597<br>AT & T UNIVERSAL CARD<br>P.O. BOX 6500<br>SIOUX FALLS, SD 57117 | | I | Date Incurred:<br>Consideration for Claim: | | | | $21,692.89 |
| Account No: *5961<br>AZTEC IMPORTS, INC<br>9701 PAN AMERICAN DRIVE, SUITE 100<br>EL PASO, TX 79927 | | I | Date Incurred:<br>Consideration for Claim: | | | | $502.00 |
| Account No: *3088<br>BANK OF AMERICA<br>P.O. BOX 15026<br>WILMINGTON, DE 19850 | | I | Date Incurred:<br>Consideration for Claim: | | | | $12,187.49 |

13   continuation sheet(s) attached

(Total of this page) Subtotal ⇨ $54,791.29
                      Total ⇨ N/A